# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Ruica Lesley Thomas-Gilliam a/k/a Ruica Principato a/k/a Ruica L. Gilliam**

**BK NO. 22-01535 MJC**

         **Debtor(s)**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

   Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

         Respectfully submitted,

        /s/ Rebecca Solarz

        Rebecca Solarz
        26 Aug 2022, 09:57:14, EDT

        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322

Document ID: 9c4c0f178d646b67505c86ba121aca49c8ad8fc2f3c4aa1b79f689e5f2d996ba