IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Ruica Lesley Thomas-Gilliam** | : | 5:22-bk-01535-MJC |
| | : | Chapter 13 |
| | : | |
| Debtor | : | |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY
A POCONO COUNTRY PLACE PROPERTY OWNERS ASSOCIATION**

Now comes A Pocono Country Place Property Owners Association, Inc. (the "Association") and objects to confirmation of the above Debtor's Chapter 13 plan, and in support thereof avers:

1. The plan cannot be confirmed since it fails to comply with 11 U.S.C. §1322, 11 U.S.C. §1325(a)(1), 11 U.S.C. §1325(a)(5)(B), L.B.R. 3015-4, for the reason that the Debtor has failed to properly take into consideration the Association's full secured claim.

2. The Association has a security interest in Debtor's real property located in the A Pocono Country Place planned community, Coolbaugh Township, Monroe County, PA. Said statutory lien was created pursuant to the Uniform Planned Community Act ("UPCA"), 68 Pa.C.S.A. § 5315 and also as a Judgment Lien at No. 3232 CV 2020 (Monroe County C.P.).

3. The Association's security interests totaled $29,326.29 at the time the Petition was filed in this case. With interest over the life of the proposed plan, the Association's secured claim totals $34,766.29.

4. Debtor's plan does not seek to pay the full amount of the secured claim but only seeks to pay $26,000.00.

WHEREFORE, the Plan should be amended to include the full amount of the Association's claim.

YOUNG & HAROS, LLC
/s/ NICHOLAS CHARLES HAROS, ESQ
NICHOLAS CHARLES HAROS, ESQ.
Attorney I.D. No. 76195
802 Main St.
Stroudsburg PA 18360-1602
(570) 424-9800

Attorneys for A Pocono Country Place Property Owners Association

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: **Ruica Lesley Thomas-Gilliam** : 5:22-bk-01535-MJC
: Chapter 13
:
Debtor :

# CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2022, I electronically filed the foregoing Objection with the Clerk of the Court and served said Objection upon all counsel of record via the Court's electronic filing system:

Timothy B. Fisher, II on behalf of Debtor 1 Ruica Lesley Thomas-Gilliam
donna.kau@pocono-lawyers.com

Rebecca Ann Solarz on behalf of Creditor BANK OF AMERICA, N.A.
bkgroup@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Jack N Zaharopoulos (Trustee)
TWecf@pamd13trustee.com

**The Objection was mailed to:**

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

        YOUNG & HAROS, LLC

        /s/ NICHOLAS CHARLES HAROS, ESQ
        NICHOLAS CHARLES HAROS, ESQ.
        Attorney I.D. No. 76195
        802 Main St.
        Stroudsburg PA 18360-1602
        (570) 424-9800

Attorneys for A Pocono Country Place Property Owners Association