# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Ruica Lesley Thomas-Gilliam**     Case No. **5:22-bk-01535**
Debtor(s)     Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **September 6, 2022**, a copy of **Notice of Chapter 13 Bankruptcy Case** was served electronically or by regular United States mail to the creditor listed below.

Pocono Gastroenterology
1501 N. Cedar Crest Blvd., Suite 110
Allentown, PA 18104

/s/ Timothy B. Fisher II
**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753 Fax:570-842-8979**