Certificate Number: 03088-PAM-DE-036843879

Bankruptcy Case Number: 22-01535



03088-PAM-DE-036843879

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 20, 2022</u>, at <u>9:58</u> o'clock <u>AM CDT</u>, <u>Ruica L Thomas-Gilliam</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>September 20, 2022</u>          By:      <u>/s/Doug Tonne</u>

Name:  <u>Doug Tonne</u>

Title:   <u>Counselor</u>