United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Ruica Lesley Thomas-Gilliam  
    Debtor

Case No. 22-01535-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Sep 26, 2022      Form ID: ntcnfhrg      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ruica Lesley Thomas-Gilliam, 5432 Ridgefield Drive, Tobyhanna, PA 18466-3127 |
| cr | + | A Pocono Country Place Property Owners Association, c/o Nicholas Charles Haros, Esq., Young & Haros, LLC, 802 Main Street, Stroudsburg, PA 18360 US 18360-1602 |
| 5492750 | + | A Pocono Country Place Property Owners Association, c/o Young & Haros, LLC, 802 Main Street, Stroudsburg, PA 18360-1602 |
| 5490655 | | Advanced Pain Spine & Sports, 231 Friemann Lane, Sciota, PA 18354 |
| 5490659 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 5490664 | + | Dr. Abdo G. Saba, MD, 190 Washington Street, East Stroudsburg, PA 18301-2819 |
| 5490668 | + | Lehigh Valley Health Network, PO Box 781733, Philadelphia, PA 19178-1733 |
| 5490669 | + | Lincare Holdings INC, 19387 US 19 North, Clearwater, FL 33764-3102 |
| 5490671 | + | Matthew A. Berger, MD PC, 340 Montageg Mountain Road, Moosic, PA 18507-1707 |
| 5490672 | + | Med Imaging of Lehigh Valley, 2 Meridian Blvd. 3rd Floor, Wyomissing, PA 19610-3202 |
| 5490673 | + | Millennium Health, LLC, 16981 Via Tazon, San Diego, CA 92127-1688 |
| 5490674 | + | Mountain Valley Orthopedics, PO Box 14099, Belfast, ME 04915-4034 |
| 5490675 | + | Nicholas Charles Haros, Esq., 802 Main Street, Stroudsburg, PA 18360-1602 |
| 5490677 | + | Pocono Gastroenterology, 1501 N. Cedar Crest Blvd. Suite 110, Allentown, PA 18104-2309 |
| 5490678 | + | Pocono Med Center 1sts, 206 E Brown Street, East Stroudsburg, PA 18301-3094 |
| 5490680 | + | Redevelopment Auth. of Monroe Count, 15 South Courtland Street, East Stroudsburg, PA 18301-2867 |
| 5490681 | | Revco Solutions, P.O. Box 2724, Columbus, OH 43216-2724 |
| 5490682 | | St. Lukes University Health Ntwk, P.O. Box 788187, Philadelphia, PA 19178-8187 |
| 5490683 | + | Teamhealth Base Pointe, 3225 North Star Circle, Louisville, TN 37777-5059 |
| 5490667 | | iRhythm Technologies, Inc, Dept Ch 19717, Palatine, IL 60055-9717 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 26 2022 18:42:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5490654 | | Email/Text: COLLECTIONCLERK1@APCPPOA.COM | Sep 26 2022 18:34:00 | A Pocono Country Place POA, 112 Recreation Drive, Tobyhanna, PA 18466 |
| 5490656 | | Email/Text: g20956@att.com | Sep 26 2022 18:34:00 | ATT Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 5490657 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 26 2022 18:34:00 | Bank of America, N.A., 4909 Savarese Circle, 1-908-01-47, Tampa, FL 33634-2413 |
| 5490658 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2022 18:42:21 | Capital One Bank USA NA, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 5491155 | + | Email/Text: bankruptcy@cavps.com | Sep 26 2022 18:34:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5490660 | + | Email/Text: dylan.succa@commercialacceptance.net | Sep 26 2022 18:34:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5490661 | + | Email/Text: bankruptcy@credencerm.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 26 2022 18:34:00 | Credence Resource Mgt, PO Box 2300, Southgate, MI 48195-4300 |
| 5490662 | + | Email/Text: ccusa@ccuhome.com | Sep 26 2022 18:34:00 | Credit Collections Co, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 5490663 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 26 2022 18:42:14 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5494551 | ^ | MEBN | Sep 26 2022 18:33:09 | EMERG PHYS ASSOC OF PENNSYLVANIA PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5490665 | ^ | MEBN | Sep 26 2022 18:33:59 | Financial Recoveries, P.O. Box 1388, Mount Laurel, NJ 08054-7388 |
| 5490666 | ^ | MEBN | Sep 26 2022 18:33:28 | Healthcare Rev Recovery Group, PO Box 5406, Cincinnati, OH 45273-0001 |
| 5490670 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2022 18:42:18 | LVNV Funding LLC, c/o Resurgent Capital Svc, P.O. Box 1269, Greenville, SC 29602-1269 |
| 5491502 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2022 18:42:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5492736 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2022 18:42:14 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5490676 | + | Email/Text: Bankruptcies@nragroup.com | Sep 26 2022 18:35:00 | NTL Recovery Agency, 2491 Paxton St., Harrisburg, PA 17111-1036 |
| 5490679 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 26 2022 18:42:22 | Portfolio Recovery Assoc, LLC, P.O. Box12914, Norfolk, VA 23541 |
| 5490936 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 26 2022 18:42:13 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2022   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:

**Name**            **Email Address**
Brian C Nicholas

| | |
|---|---|
| | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Nicholas Charles Haros | on behalf of Creditor A Pocono Country Place Property Owners Association nharos@eastpennlaw.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Ruica Lesley Thomas-Gilliam donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ruica Lesley Thomas−Gilliam,
aka Ruica Principato, aka Ruica L. Gilliam,

Chapter 13

**Debtor 1**

Case No. 5:22−bk−01535−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 1, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: November 8, 2022 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 26, 2022 |

ntcnfhrg (08/21)