United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                Case No. 22-01535-MJC

Ruica Lesley Thomas-Gilliam                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:
**Symbol       Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                       regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| + | Email/Text: bankruptcy@cavps.com | Oct 21 2022 18:48:00 | Cavalry SPV I, LLC, assignee of GE Capital Retail, Bank/Old Navy, P.O. Box 4252, Greenwich, CT 06831-0405 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2022                         Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2022 at the address(es) listed
below:

**Name**                              **Email Address**

Brian Nicholas
                                      on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com

Brian C Nicholas
                                      on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos (Trustee)
                                      TWecf@pamd13trustee.com

Nicholas Charles Haros
                                      on behalf of Creditor A Pocono Country Place Property Owners Association nharos@eastpennlaw.com

Timothy B. Fisher, II

on behalf of Debtor 1 Ruica Lesley Thomas-Gilliam donna.kau@pocono-lawyers.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RE:                           :

RUICA LESLEY THOMAS-GILIAM     :

                                :

                                :      **CHAPTER 13**

                   **Debtor**     :

                                :      **CASE NO. 5:22-bk-01535-MJC**

RUICA LESLEY THOMAS-GILIAM     :

                                :

                 **Objectant**   :

Vs.                            :

                                :

Cavalry SPV I, LLC assignee of      :

GE Capital Retail Bank/Old Navy     :

                 **Claimant**    :

## ORDER

Upon consideration, it is hereby **ORDERED** that the Debtor's Objection to Proof

of Claim Number 2 of Cavalry SPV I, LLC assignee of GE Capital Retail Bank/Old Navy,

is hereby **SUSTAINED** and Claim Number 2 is disallowed in its entirety.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 20, 2022