# FISHER & FISHER
## LAW OFFICES, L.L.C.

Timothy B. Fisher, Esquire* **
Timothy B. Fisher, II, Esquire*

* Member of PA & Federal Bars
** Member of NY Bar
º Member of NJ Bar

John D. Michelin, Esquire*
Joseph F. Kulesa, Jr., Esquire* º
Michelle F. Farley, Esquire*
Michael A. Ventrella, Esquire*

October 26, 2022

To the Clerk of the U.S. Bankruptcy Court

**RE:** *Ruica Thomas-Gilliam*
*Case No. 5:22-bk-01535 MJC*

Dear Sir:

Please note the following change of address for Creditor: Redevelopment Authority of Monroe County:

Prior Address:   15 South Courtland Street
                 East Stroudsburg, PA 18301-2867

New Address:     701 Main Street
                 Stroudsburg, PA 18360

Very truly yours,

FISHER & FISHER LAW OFFICES, L.L.C.

By: _____
    Timothy B. Fisher, II

TBFII/dlk

Please Reply To:

| ☐ Mount Pocono | ☐ Gouldsboro | ☐ Cresco | ☐ Stroudsburg |
|---|---|---|---|
| 3041 Route 940, Suite 107 | 525 Main St., PO Box 396 | 1032 PA Route 390 #101, PO Box 222 | 109 N. 7th Street |
| Mount Pocono, PA 18344 | Gouldsboro, PA 18424 | Cresco, PA 18326 | Stroudsburg, PA 18360 |
| (570) 839-8690 | (570) 842-2753 | (570) 595-8770 | (570) 629-6322 |
| (570) 839-7675 fax | (570) 842-8979 fax | (570) 595-8772 fax | (570) 629-6275 fax |

Case 5:22-bk-01535-MJC    Doc 36    Filed 10/26/22    Entered 10/26/22 12:54:24    Desc
Main Document    Page 1 of 1