United States Bankruptcy Court
Middle District of Pennsylvania

In re **Ruica Lesley Thomas-Gilliam**
Debtor(s)

Case No. **5:22-bk-01535**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **October 26, 2022**, a copy of **Notice of Chapter 13 Bankruptcy Case, Notice of Confirmation Hearing and copy of Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Redevelopment Auth. of Monroe County**
701 Main Street
Stroudsburg, PA 18360

**/s/ Timothy B. Fisher II**
**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753 Fax:570-842-8979**