**United States Bankruptcy Court**
**Middle District of Pennsylvania**

| | | | | |
|---|---|---|---|---|
| In re | **Ruica Lesley Thomas-Gilliam** | | Case No. | **5:22-bk-01535** |
| | | Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2023 , a copy of **Order Confirming Amended Chapter 13 Plan (Doc.#46)** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**ALL PARTIES ON ATTACHED**
**EXHIBIT "A"**

/s/ Timothy B. Fisher, II
**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753Fax:570-842-8979**

Label Matrix for local noticing
0314-5
Case 5:22-bk-01535-MJC
Middle District of Pennsylvania
Wilkes-Barre
Fri Jan  6 15:29:34 EST 2023

A Pocono Country Place Property Owners Assoc
c/o Nicholas Charles Haros, Esq.
Young & Haros, LLC
802 Main Street
Stroudsburg, PA 18360-1602

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701-1500

(p)A POCONO COUNTRY PLACE POA
ATTN A POCONO COUNTRY PLACE POA
112 RECREATION DRIVE
TOBYHANNA PA 18466-9599

A Pocono Country Place Property Owners Assoc
c/o Young & Haros, LLC
802 Main Street
Stroudsburg, PA 18360-1602

AT&T Mobility II LLC
%AT&T SERVICES INC.
KAREN A. CAVAGNARO  PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ. 07921-2693

ATT Mobility
PO Box 537104
Atlanta, GA 30353-7104

Advanced Pain Spine & Sports
231 Friemann Lane
Sciota, PA 18354-7791

Bank of America, N.A.
4909 Savarese Circle
1-908-01-47
Tampa, FL 33634-2413

Bank of America, N.A.
P.O. Box 31785
Tampa FL 33631-3785

CBCS
P.O. Box 2724
Columbus, OH 43216-2724

Capital One Bank USA NA
1680 Capital One Drive
Mc Lean, VA 22102-3407

Cavalry SPV I, LLC
PO Box 4252
Greenwich, CT 06831-0405

Commercial Acceptance Company
2300 Gettysburg Road, Suite 102
Camp Hill, PA 17011-7303

Credence Resource Mgt
PO Box 2300
Southgate, MI 48195-4300

Credit Collections Co
16 Distributor Drive
Suite 1
Morgantown, WV 26501-7209

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Dr. Abdo G. Saba, MD
190 Washington Street
East Stroudsburg, PA 18301-2819

EMERG PHYS ASSOC OF PENNSYLVANIA PC
PO BOX 1123
MINNEAPOLIS, MN 55440-1123

Financial Recoveries
P.O. Box 1388
Mount Laurel, NJ 08054-7388

Healthcare Rev Recovery Group
PO Box 5406
Cincinnati, OH 45273-0001

LVNV Funding LLC
c/o Resurgent Capital Svc
P.O. Box 1269
Greenville, SC 29602-1269

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC c/o Resurgent Capital Serv
PO Box 10587
Greenville, SC 29603-0587

Lehigh Valley Health Network
PO Box 781733
Philadelphia, PA 19178-1733

Lincare Holdings INC
19387 US 19 North
Clearwater, FL 33764-3102

Matthew A. Berger, MD PC
340 Montageg Mountain Road
Moosic, PA 18507-1707

Med Imaging of Lehigh Valley
2 Meridian Blvd. 3rd Floor
Wyomissing, PA 19610-3202

Millennium Health, LLC
16981 Via Tazon
San Diego, CA 92127-1688

Mountain Valley Orthopedics
PO Box 14099
Belfast, ME 04915-4034

NTL Recovery Agency
2491 Paxton St.
Harrisburg, PA 17111-1036

Nicholas Charles Haros, Esq.
802 Main Street
Stroudsburg, PA 18360-1602

Pocono Gastroenterology
1501 N. Cedar Crest Blvd. Suite 110
Allentown, PA 18104-2309

Pocono Med Center 1sts
206 E Brown Street
East Stroudsburg, PA 18301-3094

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
BLST Marketing Sales & Receivables LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788
Quantum3 Group LLC as agent for
Sadino Funding LLC  98083-0788

Redevelopment Auth. of Monroe County
701 Main Street
Stroudsburg, PA 18360-2024

Revco Solutions
P.O. Box 2724
Columbus, OH 43216-2724

St. Lukes University Health Ntwk
P.O. Box 788187
Philadelphia, PA 19178-8187

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Teamhealth Base Pointe
3225 North Star Circle
Louisville, TN 37777-5059

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

iRhythm Technologies, Inc
Dept Ch 19717
Palatine, IL 60055-9717

(p)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Ruica Lesley Thomas-Gilliam
5432 Ridgefield Drive
Tobyhanna, PA 18466-3127

Timothy B. Fisher II
Fisher and Fisher Law Offices
PO Box 396
525 Main Street
Gouldsboro, PA 18424-8838

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

A Pocono Country Place POA
112 Recreation Drive
Tobyhanna, PA 18466

Portfolio Recovery Assoc, LLC
P.O. Box12914
Norfolk, VA 23541

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.