| | | | |
|---|---|---|---|
| In re | **Ruica Lesley Thomas-Gilliam** | Case No. | **5:22-bk-01535** |
| | Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2023 , a copy of **Order Confirming Amended Chapter 13 Plan (Doc.#46)** was served electronically or by regular United States mail to the creditor listed below.

LVNV Funding, LLC
355 South Main Street Ste 300-D,
Greenville, SC 29601
ATTN: Mr. Bryan Faliero, President

/s/ Timothy B. Fisher, II
**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753Fax:570-842-8979**